NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CAROLYN D. SHOCKNESS,**
*Petitioner,*

v.

**UNITED STATES POSTAL SERVICE,**
*Respondent.*

---

2011-3022

---

Petition for review of the Merit Systems Protection Board in case no. DC0752090689-I-3.

---

**ON MOTION**

---

**O R D E R**

Carolyn D. Shockness moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

NOV 2 4 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Carolyn D. Shockness
    Jeanne E. Davidson, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 2 4 2010

JAN HORBALY
CLERK